Glenn J. Plattner (SBN 137454)
Christina A. Rea (SBN 269107)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401
Telephone:	(310) 576-2100
Facsimile:	(310) 576-2200
E-Mail:	glenn.plattner@bryancave.com
	christina.rea@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.
(erroneously sued as JP MORGAN
CHASE BK 7301, 725 WEST 7ST,
2TH FLOOR SUITE 410,
LOS ANGELES, CA, 90017)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Ponce,<br><br>              Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>              Defendant. | **Case No.  CV11-7128 JAK (CWX)**<br><br>**JUDGMENT DISMISSING CASE WITH PREJUDICE**<br><br>**JS-6** |

On October 17, 2011, the Court dismissed the complaint without prejudice, allowing Plaintiff until November 7, 2011 to file an amended complaint.  The Court stated that Plaintiff's failure to file an amended complaint by that date would convert the dismissal into a dismissal with prejudice.

//
//
//
//
//
//

Plaintiff failed to file an amended complaint by November 7, 2011. This action is therefore **DISMISSED WITH PREJUDICE.** The Clerk is directed to close the docket.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
HON. JOHN A. KRONSTADT
United States District Court Judge

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386